UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60285-CIV-COHN/WHITE
(CASE NO. 13-60284-CR-COHN)

BRANDON ROBINSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge [DE 14] ("Report") submitted by United States Magistrate Judge Patrick A. White regarding Movant Brandon Robinson's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [DE 1] and Motion for Stay [DE 12] (collectively, "Motions"). Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the Report, the Motions, Movant's Objections [DE 15], and the record in this case, and is otherwise advised in the premises. Upon careful consideration, the Court will adopt the Report in its entirety, overrule Movant's Objections, and deny the Motions.

As detailed in the Report, Movant pled guilty pursuant to a factual proffer to one count of conspiracy to commit sex trafficking of minors in violation of 18 U.S.C. §§ 1591 and 1594 (Count 1) and two counts of sex trafficking of a minor in violation of 18 U.S.C. §§ 1591 and 2 (Counts 2 & 3). Based on a total offense level of forty-three and a criminal history category of V, Movant's guideline imprisonment range was life. Because Movant had demonstrated acceptance of responsibility, the Court reduced that

term and sentenced Movant to 360 months' imprisonment on each count, to run concurrently, followed by a concurrent life term of supervised release.  The Court subsequently conducted a restitution hearing and filed an amended judgment reflecting an order of restitution in the amount of $14,000.  Movant now seeks to vacate his sentence on the grounds that his counsel was ineffective during the plea proceedings and in connection with sentencing.  He also seeks a stay of this action pending the Supreme Court's decision in Beckles v. United States, 136 S. Ct. 2510 (2016).

In the Report, Judge White concludes that Movant is not entitled to relief.  Judge White determines that, in light of the record in this case and the strength of the Government's evidence, Movant has failed to "demonstrate how his counsel's conduct fell below the professional conduct expected of reasonable attorneys," "how his counsel's performance prejudiced his case," or "that there is a reasonable probability that, but for counsel's unprofessional errors, the results of the proceedings would have been different."  [DE 14 at 29–30] (citing Strickland v. Washington, 466 U.S. 668, 694 (1984)).

Additionally, Judge White recommends that the Court deny Movant's request for a stay pending a decision in Beckles.  The questions posed in Beckles involve career offender enhancements under the residual clause in Section 4B1.2(a)(2) of the United States Sentencing Guidelines (defining "crime of violence").  Movant was not subjected to any Chapter 4 enhancements, and therefore the forthcoming Beckles opinion does not warrant a delay of the instant proceedings.

The Court agrees with Judge White's analysis and conclusions as to both Motions and will adopt the Report in its entirety.  Movant's Objections state little more

2

than Movant's general objection to the Report and present no substantive challenges to its contents. Accordingly, Movant's Objections to the Report will be overruled.

In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report of Magistrate Judge [DE 14] is **ADOPTED** in its entirety.

2. Movant's Objections [DE 15] are **OVERRULED**.

3. The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [DE 1] is **DENIED** on the merits.

4. A Certificate of Appealability is **DENIED.**

5. Movant's Motion to Stay [DE 12] is **DENIED**.

6. The Clerk of Court is directed to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of February, 2017.

JAMES I. COHN
United States District Judge

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of record via CM/ECF
Pro se parties via U.S. mail to address on file